

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00060-CV

**EXPLORER PIPELINE COMPANY,**

**Appellant**

 **v.**

**CIRCLE X LAND & CATTLE CO., LTD.,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 11-002362-CV-361

## MEMORANDUM  OPINION

Appellant Explorer Pipeline Company and Appellee Circle X Land & Cattle Co., Ltd., have filed a "T.R.A.P. 42.1(a)(2)(B) Agreement of the Parties."  It states that all matters in controversy between Appellant and Appellee have been fully and finally settled and compromised and requests this Court to set aside the trial court's judgment without regard to the merits and to remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties.

Accordingly, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

                                        REX D. DAVIS
                                        Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Judgment set aside; case remanded
Opinion delivered and filed March 19, 2015
[CV06]

